**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LOZANO, | No. 5:20-cv-00684-SVW (SK) |
| Plaintiff, | Hon. Stephen V. Wilson |
| vs. | [~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE;** |
| SHERRIFF DEPUTY JOHN DOE #1, in his individual and official capacity, SHERRIFF DEPUTY JOHN DOE #2, in his individual and official capacity, and The Riverside County Sherriff Office, | |
| Defendants. | |

///

1

[PROPOSED] ORDER

After consideration of the parties' joint stipulation to dismiss this entire action with prejudice, the court GRANTS the stipulation of the parties.

**IT IS HEREBY ORDERED:**

1. This entire action, including all claims against all parties, is hereby dismissed with prejudice with each party to bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED: July 20, 2022

Hon. Stephen V. Wilson
United States District Court Judge